UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_JAMES D. WHITMAN_
(Plaintiff)

v.

_BUCKWALTER CONST. CO._
(Defendant)

Affidavit/Declaration
In Support of Request
To Proceed
In Forma Pauperis

_1:01-CV-196_

FILED HARRISBURG
JAN 30 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

I, _JAMES D. WHITMAN_, certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to the questions and instructions below are true and correct.

1. Are you presently employed?   Yes_____ No _✓_

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   _____

   B. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _AUG. 26, 1999   I HAVE BEEN LOSING MONEY SINCE 1992 TRIPLE BYPASS SURGE_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?
      Yes_____ No _✓_
   b. Rent payments, interest or dividends?
      Yes_____ No _✓_
   c. Pensions, annuities or life insurance payments?
      Yes_____ No _✓_
   d. Gifts or inheritances?
      Yes_____ No _✓_
   e. Any other sources?
      Yes _✓_ No_____

   If the answer to any of the preceding questions is yes, describe each source of money and state the amount received from each during

   _I AM RECIEVING WORKMENS COMP FOR INJURY._
   _$773.32 BI-WEEKLY_

2

the past twelve months.

*I AM RECIEVING WORKMEN'S COMP. AT THE RATE OF 773.32 BI WEEKLY. BUT I WILL HAVE TO NOW PAY 20% TO AN ATTORNEY*

3. Do you own any cash, or do you have any money in a checking or savings account?   Yes ✓ No___
If the answer is "yes" to any of the above, describe each source and the amount involved.

*SAVINGS $14,577.00, CHECKING HOUSEHOLD PART OF RETIREMENT $1800.00 +OR-*

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?   Yes ✓ No___

If the answer is yes, describe the property and state its approximate value.

*1997 TAURUS BEING BOUGHT 1987 PICKUP TRUCK I DON'T KNOW THE VALUE OF TAURUS THE TRUCK IS LESS 900.00 MY HOUSE IS BEING BOUGHT VALUE NOT SURE 48,000 I HAVE 12 YR. OLD MOTOCYCLE HONDA 1200 C.C. VALUE ?*

5. List the persons who are dependent upon you for support; state your relationship to those persons and indicate how much you contribute toward their support.

*JUST MY WIFE & MYSELF AT HOME*

I understand that a false statement or answer to any questions in this affidavit/unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *Jan. 30/01*

*James D. Mahnem* (signature)
Signature of Plaintiff