2 Ct

TO HONORABLE YVETTE KANE

PLAINTIFF
    JAMES D. WHITMAN


DEFENDENT
    BUCKWALTER CONST. INC.

FILED
HARRISBURG

JAN 3 0 2001

MARY E. D'ANDREA CLERK
Per _____
        DEPUTY CLERK

        MOTION

    I AM FILING THIS MOTION TO
HAVE A COURT APPOINTED ATTORNEY
TO REPRESENT ME IN THIS ACTION
AGAINST BUCKWALTER CONST. INC IN
A DISCRIMINATION CASE.

            PLAINTIFF
            JAMES D. WHITMAN

            James D. Whitman