IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ORIGINAL

JAMES D. WHITMAN

PLAINTIFF                                    CIVIL ACTION NO.

                                             1:CV-01-196

                                             J. Kane

BUCKWALTER CONSTRUCTION

DEFENDENT

FILED
HARRISBURG

APR 20 2001

MARY E. D'ANDREA, CLERK
Per _____ S.K. _____
DEPUTY CLERK

MOTION

I'AM FILLING THIS MOTION TO THE U.S
MIDDLE DISTRIC COURT TO ASK FOR TEMPRARY
DELAY ON ORDER FILED APR.12 2001 BY
JUDGE KANE I'AM NEED TO RESEARCH ON
HOW TO FILE ANOTHER MOTION ON THE ABOVE
CAPTIONED CASE, I NEED TO DISCOVER THE
CRITERIA NEEDED TO MEET OR EXCEED THE
JUDGES STANDARDS ON MY ORIGINAL MOTION
IF THE JUDGE NEEDS MORE IMFORMATION
I WAS NEVER MADE AWARE OF IT OR THE
EXTENT AND TYPE OF IMFORMATION NEEDED
I HAVE TRIED EVERY PLAUSIBLE AVENUE TO
SEEK OUT LEGAL REPRESENTATION IN THIS
MATTER TO KNOW AVAIL THERE IS ABSOLUTELY
NO REASON TO ASSUME THAT NOW IF I FILE
SUIT IN FEDERAL COURT THAT IT WILL BE

ANY DIFFERENT. I HAVE GONE ON THE
INTERNET, LAWYERS REFERALS, PA, BAR ASS,
THE YELLOW PAGES, LAW UNIVERSITIES, ANY
ALL OF MY STATE AND FEDERAL LEGISLATURE
AND THE GOV. OFFICE. ALL TO KNOW AVAIL
I HAVE BEEN LIED TO BY SO MANY PROFESS-
IONAL PEOPLE AND THE STAFF OF P.H.R.C.
IN THIS MATTER TO SEEK JUSTICE AND
HAVE THE TRUTH COME TO THE FOREGROUND
SEEMS LIKE AN IMPOSSIBLE TASK.

James D. Whitman
April 20/01

1211 EAST LEHMAN S
LEBANON, PA. 17046
717 273-3231