4/23/0[...]

1:CV-01-196

Summons issued
4/20/01

```
Fri Apr 20 12:28:25 2001

UNITED STATES DISTRICT COURT

   SCRANTON        , PA

Receipt No.   111 133744
Cashier          jill

Check Number:  9516

DO Code    Div No
 4667        1

Sub Acct Type Tender      Amount
1:510000  N      2          90.00
2:086900  N      2          60.00

Total Amount         $     150.00

JAMES & JUDITH WHITMAN 1211 E. LEHMA
N ST. LEBANON, PA 17046

   FILING FEE FOR COMPLAINT IN 1:CV-01-
196



       CD
```

FILED
HARRISBURG

APR 20 2001

MARY E. D'ANDREA, CLERK
Per _____
       DEPUTY CLERK