RESPONSE - ORDER TO SHOW CAUSE.

CIVIL ACTION 1:CV-01-196

I JAMES D. WHITMAN AS OF TODAY JAN. 7TH 2003 WILL BY CERTIFIED MAIL SEND COPY OF SUMMONS AND RETURN OF SERVICE OF PROCESS FORM TO BUCKWALTER CONSTRUCTION INC. AT 235 NORTH DUKE ST. P.O. BOX 1587 LANCASTER, PA. 17603.

I HAD NOTIFIED DEFENDENTS ATT.

CHRISTINA L. HAUSNER
HEMPFIELD CENTER SUITE 300
930 RED ROSE COURT
LANCASTER PA. 17601 ON 6/16/00 BY FIRST CLASS MAIL AS REQUESTED BY PERSONS IN THE U.S. MIDDLE DISTRICT COURTS CLERK OFFICE. I WAS TOLD THAT THIS WAS WHAT WAS REQUIRED OF ME. I DID THIS AND ALSO NOTIFIED IN SAME MANNER AT THE SAME TIME THE HUMAN RELATIONS COMMISSION. I RESPECTFULLY HOPE THAT THIS MEETS THE COURTS REQUIREMENTS IN THIS MATTER.

*James D. Whitman*
717-273-3231
1211 East LEHMAN ST
LEBANON, PA. 17046

FILED
HARRISBURG, PA
JAN 0 7 2003
MARY E. D'ANDREA, CLE
Per RB
Deputy Clerk